Laurence H. PHISTER and Harriet T. Phister, Appellants, v. REGIONAL AGRICULTURAL CREDIT CORPORATION.

No. 13059.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Walter A. Raymond, of Kansas City, Mo., for appellants.

Paul R. Stinson and Robert M. Zehring, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice at costs of appellant, but without taxation of attorneys' docket fee in this Court, same having been specifically waived, on stipulation of parties.

Fred W. RUFF, Appellant, v. UNITED STATES of America, Appellee.

No. 11038.

Circuit Court of Appeals, Ninth Circuit.

Sept. 14, 1945.

Ames Peterson, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., of Los Angeles, Cal., for appellee.

Before MATHEWS and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant, Fred W. Ruff, and of his counsel, Mr. Ames Peterson, for dismissal of the appeal herein, and good cause therefor appearing, it is ordered that the motion be and hereby is granted, that the appeal in this cause of Fred W. Ruff be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

UNITED STATES of America, Appellant, v. PACIFIC MUTUAL LIFE INSURANCE COMPANY, a Corporation, Appellee.

No. 11133.

Circuit Court of Appeals, Ninth Circuit.

Sept. 4, 1945.

Charles H. Carr, U. S. Atty., and E. H. Mitchell, Asst. U. S. Atty., both of Los Angeles, Cal., for appellant.

John W. Townsend, of Washington, D. C., and Henry H. Childress, of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and WILBUR, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and by direction of the Court, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

UNITED STATES of America, Appellant, v. 2700 WINE GALLONS, more or less, OF SPIRITUOUS LIQUORS, Mutual Bank and Trust Company, St. Louis Terminal Warehouse Company, J. Fred Koenig and Catherine Blackmore.

No. 13146.

Circuit Court of Appeals, Eighth Circuit.

Aug. 27, 1945.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellant.

Paul F. Plummer, John C. Vogel, and Morris A. Shenker, all of St. Louis Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties, on stipulation of counsel for respective parties.